1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

11   PRISCILLA ANITA GARCIA,                    )          CASE NO. EDCV 14-2107 AGR
                                                )
12                        Plaintiff,            )
                                                )          JUDGMENT
13            v.                                )
                                                )
14   CAROLYN W. COLVIN, Commissioner            )
     of Social Security,                        )
15                                              )
                          Defendant.            )
16   _____        )

17          In accordance with the Memorandum Opinion filed concurrently herewith,

18          IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the

19   Commissioner of Social Security Administration.

20

21

22   DATED: September 22, 2015          _____
                                                     ALICIA G. ROSENBERG
23                                                United States Magistrate Judge

24
25
26
27
28